AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PAMELA REUHL
          Plaintiff(s)
    v.                    **Civil Action No.** 2:13cv404

ST. MARY MEDICAL
          Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

√ Other: Judgment is entered on behalf of defendant, St. Mary Medical and against the plaintiff, Pamela Reuhl.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

√ decided by Judge Rudy Lozano on defendant's Motion to Dismiss.

DATE:   4/30/2014                          ROBERT TRGOVICH, CLERK OF COURT

                                                                 /s/ RMNagy
                                                     by _____
                                                         *Signature of Clerk or Deputy Clerk*